UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Nathan J. Weaver<br><br><br>    Debtor | Chapter 13<br>Bankruptcy No.19-17725-JKF |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 19th day of May, 2020, by first class mail upon those listed below:

Nathan J. Weaver
6004 Axe Handle Road
Quakertown, PA  18951

**Electronically via CM/ECF System Only:**

JEFFREY C MC CULLOUGH ESQ
16 N FRANKLIN ST, STE 300
DOYLESTOWN, PA  18901


                                                                                                       */s/ Deborah A. Earnshaw*
                                                                                                       Deborah A. Earnshaw
                                                                                                       for
                                                                                                       Scott F. Waterman, Esquire
                                                                                                       Standing Chapter 13 Trustee