United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-17725-jkf
Nathan J. Weaver                                               Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi           Page 1 of 1              Date Rcvd: Jun 18, 2020
                             Form ID: 155           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2020.
db             +Nathan J. Weaver,   6004 Axe Handle Road,   Quakertown, PA 18951-3272

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2020 at the address(es) listed below:
         JEFFREY C. MCCULLOUGH    on behalf of Debtor Nathan J. Weaver jeffmccullough@bondmccullough.com,
          mbehrlacher@bondmccullough.com
         JEFFREY C. MCCULLOUGH    on behalf of Plaintiff Nathan J. Weaver jeffmccullough@bondmccullough.com,
          mbehrlacher@bondmccullough.com
         REBECCA ANN SOLARZ    on behalf of Creditor   First Franklin Mortgage Loan Trust, Mortgage Loan
          Asset-Backed Certificates, Series 2007-FFC Et Al... bkgroup@kmllawgroup.com
         SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                             TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Nathan J. Weaver

Debtor(s)                                        Chapter: 13

                                                 Bankruptcy No: 19−17725−jkf

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this June 17, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:


A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

 B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Jean K. FitzSimon
                                        Judge ,
                                        United States Bankruptcy Court

                                                                    29
                                                                    Form 155