UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
NATHAN J. WEAVER :
          Debtor : CASE NO. 19 – 17725 jkf

## CERTIFICATION OF NO OBJECTION

The undersigned, as attorney for Debtor, hereby certifies that No Answer and/or Objection, or other responsive pleading or request for a hearing has been filed by any party on or before the last filing date of July 6, 2020 regarding the Application for Compensation of Debtor's Counsel.

July 7, 2020
Date

/s/Jeffrey C. McCullough
Jeffrey C. McCullough, Esquire
Attorney for Debtor
16 N. Franklin St., Suite 300
Doylestown, PA  18901
215-348-8133
215-348-0428 - Fax