UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
NATHAN J. WEAVER :
              Debtor : CASE NO. 19 – 17725 AMC

### ORDER ALLOWING COMPENSATION TO DEBTOR'S COUNSEL

AND NOW, this _____ day of _____, 2020, upon consideration of the Application for Compensation and Reimbursement of Expenses, it is hereby

ORDERED AND DECREED, that said application is approved, and it is

FURTHER ORDERED that Jeffrey C. McCullough, Esquire is hereby allowed the sum of $5241.10 as compensation for professional services and expenses rendered as counsel to Debtor in connection with performance of his representation which sum of $2000.00 has already been paid as a pre-petition retainer. The balance of the fee of $2830.00 plus expenses of $411.10 totaling $3241.10 are to be paid to the extent provided for by the terms of the Debtor's Confirmed Chapter 13 Plan.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. Bankruptcy Judge

**Date: July 8, 2020**