United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-17725-amc
Nathan J. Weaver                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi           Page 1 of 1           Date Rcvd: Jul 08, 2020
                             Form ID: pdf900        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2020.
db              +Nathan J. Weaver,    6004 Axe Handle Road,    Quakertown, PA 18951-3272

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
        JEFFREY C. MCCULLOUGH   on behalf of Debtor Nathan J. Weaver jeffmccullough@bondmccullough.com,
         mbehrlacher@bondmccullough.com
        JEFFREY C. MCCULLOUGH   on behalf of Plaintiff Nathan J. Weaver jeffmccullough@bondmccullough.com,
         mbehrlacher@bondmccullough.com
        REBECCA ANN SOLARZ   on behalf of Creditor   First Franklin Mortgage Loan Trust, Mortgage Loan
         Asset-Backed Certificates, Series 2007-FFC Et Al... bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                     TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        CHAPTER 13
NATHAN J. WEAVER                                :
                          Debtor                :        CASE NO. 19 – 17725 AMC

### ORDER ALLOWING COMPENSATION TO DEBTOR'S COUNSEL

AND NOW, this       day of                  , 2020, upon consideration of the

Application for Compensation and Reimbursement of Expenses, it is hereby

ORDERED AND DECREED, that said application is approved, and it is

FURTHER ORDERED that Jeffrey C. McCullough, Esquire is hereby allowed the sum

of $5241.10 as compensation for professional services and expenses rendered as counsel to

Debtor in connection with performance of his representation which sum of $2000.00 has already

been paid as a pre-petition retainer. The balance of the fee of $2830.00 plus expenses of $411.10

totaling $3241.10 are to be paid to the extent provided for by the terms of the Debtor's

Confirmed Chapter 13 Plan.

BY THE COURT:

_____

**Date: July 8, 2020**

ASHELY M. CHAN
U.S. Bankruptcy Judge