| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-17725-AMC**

Nathan J. Weaver
6004 Axe Handle Road
Quakertown  PA    18951

Petition Filed Date: 12/11/2019
341 Hearing Date: 02/07/2020
Confirmation Date: 06/17/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/18/2020 | $900.00 | | | | | | | |

**Total Receipts for the Period: $900.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Nathan J. Weaver | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01S | Secured Creditors | $1,620.47 | $0.00 | $1,620.47 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $781.87 | $0.00 | $781.87 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $187.83 | $0.00 | $187.83 |
| 4 | SPECIALIZED LOAN SERVICING LLC<br>»» 002 | Unsecured Creditors | $47,919.66 | $0.00 | $47,919.66 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $997.30 | $0.00 | $997.30 |
| 6 | NATIONSTAR MORTGAGE LLC<br>»» 004 | Mortgage Arrears | $43,436.15 | $0.00 | $43,436.15 |
| 0 | JEFFREY C MC CULLOUGH ESQ | Attorney Fees | $3,241.10 | $821.70 | $2,419.40 |

**Chapter 13 Case No. 19-17725-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $900.00 | Current Monthly Payment: | $915.00 |
| Paid to Claims: | $821.70 | Arrearages: | $5,490.00 |
| Paid to Trustee: | $78.30 | Total Plan Base: | $54,264.99 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.