United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17725-amc |
| Nathan J. Weaver | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: YvetteWD | Page 1 of 2 |
| Date Rcvd: Oct 01, 2020 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nathan J. Weaver, 6004 Axe Handle Road, Quakertown, PA 18951-3272 |
| cr | + | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14438350 | + | AR Resources Inc, 1777 Sentry Parkway W, Blue Bell, PA 19422-2206 |
| 14438349 | + | Alderfer & Travis Cardiology, 670 Lawn Ave, Suite 3A, Sellersville, PA 18960-1571 |
| 14438353 | + | Cress Gas Co., P.O. Box 9, Richlandtown, PA 18955-0009 |
| 14454973 | + | First Franklin Mortgage Loan Trust, Mortgage Loan, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14438354 | | Grand View Emergency Medicine Associates, P.O.Box 13700-1432, Philadelphia, PA 19190-0001 |
| 14438355 | | IC Systems, P.O.Box 64437, Saint Paul, MN 55164-0437 |
| 14512249 | + | Jeffrey C. McCullough, Esquire, 16 N. Franklin Street, Suite 300, Doylestown, PA 18901-3556 |
| 14438356 | + | Nationstar Mortgage LLC dba Mr. Cooper, P.O.Box 619096, Dallas, TX 75261-9096 |
| 14438359 | + | Quakertown Veterinary Clinic, P.C., 2250 N. Old Bethlehem Pike, Quakertown, PA 18951-3948 |
| 14438360 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd. Suite 300, Highlands Ranch, CO 80129-2386 |
| 14456877 | + | U.S. BANK, NATIONAL ASSOCIATION, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 14445224 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14445223 | + | U.S. Bank Trust N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14447646 | + | U.S. Bank, National Association, c/o RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 02 2020 04:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 02 2020 04:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14438352 | + | Email/Text: ering@cbhv.com | Oct 02 2020 04:35:00 | Collection Bureau of the Hudson Valley, 155 North Plank Rd, Newburgh, NY 12550-1748 |
| 14438358 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 02 2020 03:54:51 | Portfolio Recovery, 120 Corporate Blvd. Suite 100, Norfolk, VA 23502 |
| 14450192 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 02 2020 03:56:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14444675 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 02 2020 04:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 6

Case 19-17725-amc    Doc 43    Filed 10/03/20    Entered 10/04/20 01:56:58    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: YvetteWD | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 01, 2020 | Form ID: pdf900 | Total Noticed: 22 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14438351 | *+ | AR Resources Inc, 1777 Sentry Parkway W, Blue Bell, PA 19422-2206 |
| 14438357 | ##+ | Nationwide Bank, 6400 Main Street, Suite 201, Amherst, NY 14221-5858 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 03, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank National Association cwohlrab@rascrane.com |
| JEFFREY C. MCCULLOUGH | on behalf of Debtor Nathan J. Weaver jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |
| JEFFREY C. MCCULLOUGH | on behalf of Plaintiff Nathan J. Weaver jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor First Franklin Mortgage Loan Trust  Mortgage Loan Asset-Backed Certificates, Series 2007-FFC Et Al... bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Nathan J. Weaver<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 19-17725-AMC |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: October 1, 2020**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE